UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     CIVIL ACTION NO. 17-10662

VAVRINA INVESTMENTS, LLC       HON. GEORGE CARAM STEEH
and MONROE BANK & TRUST,       U.S. DISTRICT JUDGE

    Defendants,

and

VAVRINA INVESTMENTS, LLC,

    Third-Party Plaintiff,

v.

TBF FINANCIAL, LLC and
M. SHAPIRO REAL ESTATE GROUP,

    Third-Party Defendants.
_____/

## **ORDER FOR ADMINISTRATIVE CLOSING**

This is a lien enforcement action that involves collection of IRS tax claims against Marc S. Drouillard.  On July 13, 2017 the government filed a suggestion of bankruptcy due to the filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code by Marc S. Drouillard and his wife Teresa L. Drouillard.  Bankr. No. 17-46247 (Bankr. E.D. Mich).

Mr. Drouillard is not a party to the above-captioned case, and the property subject to this action no longer belongs to Mr. Drouillard.  However, the government filed notices of federal tax liens when Mr. Drouillard owned the property and there is an issue in the pending action whether the tax liens have been released.   Now, therefore;

IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice.

IT IS FURTHER ORDERED that this closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the Bankruptcy Case has been resolved, this case may be reopened on motion of any party.

Dated:   July 26, 2017

> s/George Caram Steeh
> HON. GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 26, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk